IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL MATHEWS, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 20-cv-06118-HFS |
| MAINSPRING MANAGEMENT LLC, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

The parties have filed a stipulation of dismissal of plaintiff's claims with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

Accordingly, the above captioned case is DISMISSED with prejudice, each party to bear its own costs and fees.

Dated: October 22, 2020

                                         s/ HOWARD F. SACHS
                                         HOWARD F. SACHS
                                         UNITED STATES DISTRICT JUDGE